IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN H. BRICK | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: 04-47 Erie |
| | ) | |
| v. | ) | |
| | ) | |
| C. J. RUSH, TRANSPORT, INC., and | ) | |
| MARIAN CHRZANOWSKI | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT AND DISCONTINUANCE

TO:   Clerk of Court:

Kindly mark the docket settled and discontinued.

Dated: This 6th day of October, 2005.

Respectfully Submitted,

BURGETT & ROBBINS

By: _____

Lori L. Thierfeldt, Esq.
Attorney for Plaintiff
15 East Fifth Street
P.O. Box 3090
Jamestown, New York 14702-3090
Telephone: (716) 488-3090
P.A. Atty. I.D. No.: 90451

## CERTIFICATE OF SERVICE

That counsel for the Plaintiff, STEVEN H. BRICK, hereby certifies that a true and correct copy of its NOTICE OF SETTLEMENT AND DISCONTINUANCE has been served on counsel of record, by first class mail, postage pre-paid, according to the Federal Rules of Civil Procedure, on the _____ day of October, 2005.

Joseph W. Selep, Esq.
Zimmer Kunz
3300 US Steel Tower
Pittsburgh, PA 15219

Respectfully submitted,

BURGETT & ROBBINS,

BY: _____
LORI L. THIERFELDT, ESQUIRE
Pa. ID# 90451

Attorney for Plaintiff
Steven H. Brick
15 East Fifth Street
P.O. Box 3090
Jamestown, New York 14702-3090
(716) 488-3090